UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KIM NGUYEN, | ) | |
|     Plaintiff | ) | Civil Action No.: 1-24-cv-10588-ADB |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTHONY HO, | ) | |
|     Defendant | ) | |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, Anthony Ho ("Defendant"), moves for a dismissal of all the Counts in the Complaint for failure to state a claim upon which relief can be granted. Defendant submits a Memorandum of Law in Support of his Motion to Dismiss.

WHEREFORE, Defendant Anthony Ho respectfully requests that this Honorable Court enters the following orders:

1. Dismiss all Counts in the Complaint with prejudice;
2. Award Defendant his costs and reasonable attorneys' fees; and
3. Grant such other and further relief as the law, equity, and justice require.

    Respectfully submitted
    Defendant
    By his attorneys

    /s/ *Jose C. Centeio*    *March 13, 2024*
    Jose C. Centeio, Esquire BBO #554440
    Alvin S. Nathanson, Esquire BBO #367480
    NATHANSON & GOLDBERG, P.C.
    183 State Street, 5th floor
    Boston, MA 02109
    Tel: 617-210-4815
    Fax. 617-210-4824
    jcc@natgolaw.com
    asn@natgolaw.com