## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIM NGUYEN,<br>    Plaintiff<br><br>vs.<br><br>ANTHONY HO,<br>    Defendant | Civil Action No.: 1-24-cv-10588-ADB |

### DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, Anthony Ho ("Defendant"), moves for a dismissal of all the Counts in the Amended Complaint for failure to state a claim upon which relief can be granted and/or the applicable statute of limitation has expired. Defendant submits a Memorandum of Law in Support of his Motion to Dismiss.

WHEREFORE, Defendant Anthony Ho respectfully requests that this Honorable Court enters the following orders:

1. Dismiss all Counts in the Amended Complaint with prejudice;
2. Award Defendant his costs and reasonable attorneys' fees; and
3. Grant such other and further relief as the law, equity, and justice require.

Respectfully submitted<br>
Defendant<br>
By his attorneys<br>
/s/ <i>Jose C. Centeio    April 3, 2024</i><br>
Jose C. Centeio, Esquire BBO #554440<br>
Alvin S. Nathanson, Esquire BBO #367480<br>
NATHANSON & GOLDBERG, P.C.<br>
183 State Street, 5th floor<br>
Boston, MA 02109<br>
Tel: 617-210-4815<br>
Fax. 617-210-4824<br>
jcc@natgolaw.com<br>
asn@natgolaw.com